Bruce H. Jackson, State Bar No. 98118
bruce.jackson@bakermckenzie.com
Irene V. Gutierrez, State Bar No. 252927
irene.gutierrez@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Attorneys for Defendants and Third-Party Plaintiffs
VISA INC. and FRANKLIN RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, LINDA BENNETT, Individually and as Co-Administrators of the Estate of MARLA ANN BENNETT, deceased c/o THOMAS FORTUNE FAY, ESQ. 601 Pennsylvania Ave., NW Suite 900 – South Building Washington, DC 20004<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN Ministry of Foreign Affairs Khomeini Avenue United Nations Street Tehran, Iran and<br><br>THE IRANIAN MINISTRY OF INFORMATION AND SECURITY Pasdaran Avenue Golestan Yekom Tehran, Iran,<br><br>and<br><br>FRANKLIN RESOURCES INC. dba FRANKLIN TEMPLETON FIDUCIARY TRUST Serve: CT Corporation Services 818 W. 7th Street Suite 200 Los Angeles, CA 90017 | Case No. CV-11-5807-CRB<br><br>**DEFENDANTS AND THIRD-PARTY PLAINTIFFS VISA INC. AND FRANKLIN RESOURCES, INC.'S CERTIFICATE OF SERVICE ON THIRD-PARTY DEFENDANT BANK MELLI**<br><br>Date Action Filed: December 2, 2011<br><br>The Honorable Charles R. Breyer |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6645490.1

DEFENDANTS & THIRD-PARTY PLAINTIFFS VISA AND FRANKLIN RESOURCES' CERTIFICATE OF SERVICE

Case No CV-11-5807-CRB

| | |
|---|---|
| 1 | and |
| 2 | VISA INC |
| | dba VISA INTERNATIONAL SERVICE |
| 3 | ASSOCIATION |
| | Serve: CT Corporation Services |
| 4 |       818 W. 7th Street |
| |       Suite 200 |
| 5 |       Los Angeles, CA  90017 |
| 6 | |
| |           Defendants. |
| 7 | |
| 8 | VISA INC., a Delaware corporation, and |
| 9 | FRANKLIN RESOURCES, INC. a Delaware corporation, |
| 10 | |
| |           Third-Party Plaintiffs, |
| 11 | |
| |   v. |
| 12 | |
| | BANK MELLI, CARLOS ACOSTA, MARIA |
| 13 | ACOSTA, IRVING FRANKLIN, ESTATE OF IRMA FRANKLIN, LIBBY KAHANE, |
| 14 | ESTATE OF SONYA KAHANE, CIPPORAH KAPLAN, TOVA ETTINGER, BARUCH |
| 15 | KAHANE, ETHEL GRIFFIN AS ADMINISTRATOR OF BINYAMIN |
| 16 | KAHANE'S ESTATE, RABBI NORMAN KAHANE, STEVEN GREENBAUM, ALAN |
| 17 | HAYMAN, SHIRLEE HAYMAN, THE ESTATE OF MICHAEL HEISER, deceased, |
| 18 | GARY HEISER, FRANCIS HEISER, THE ESTATE OF LELAND TIMOTHY HAUN, |
| 19 | deceased, IBIS S. HAUN, MILAGRITOS PEREZ-DALIS, SENATOR HAUN, THE |
| 20 | ESTATE OF JUSTIN R. WOOD, deceased, RICHARD W. WOOD, KATHLEEN M. |
| 21 | WOOD, SHAWN M. WOOD, THE ESTATE OF EARL F. CARTRETTE, JR., deceased, |
| 22 | DENISE M. EICHSTAEDT, ANTHONY W. CARTRETTE, LEWIS W. CARTRETTE, THE |
| 23 | ESTATE OF BRIAN MCVEIGH, deceased, SANDRA M. WETMORE, JAMES V. |
| 24 | WETMORE, THE ESTATE OF MILLARD D. CAMPBELL, deceased, MARIE R. |
| 25 | CAMPBELL, BESSIE A. CAMPBELL, THE ESTATE OF KEVIN J. JOHNSON, deceased, |
| 26 | SHYRL L. JOHNSON, CHE G. COLSON, KEVIN JOHNSON, a minor, by his legal |
| 27 | guardian Shyrl L. Johnson, NICHOLAS A. JOHNSON, a minor, by his legal guardian Shyrl |
| 28 | L. Johnson, LAURA E. JOHNSON, BRUCE |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6645490.1

DEFENDANTS & THIRD-PARTY PLAINTIFFS VISA AND FRANKLIN RESOURCES' CERTIFICATE OF SERVICE

Case No  CV-11-5807-CRB

| | |
|---|---|
| 1 | JOHNSON, THE ESTATE OF JOSEPH E. RIMKUS, deceased, BRIDGET BROOKS, |
| 2 | JAMES R. RIMKUS, ANNE M. RIMKUS, THE ESTATE OF BRENT E. MARTHALER, |
| 3 | deceased, KATIE L. MARTHALER, SHARON MARTHALER, HERMAN C. MARTHALER, |
| 4 | III, MATTHEW MARTHALER, KIRK MARTHALER, THE ESTATE OF THANH |
| 5 | VAN NGUYEN, deceased, CHRISTOPHER R. NGUYEN, THE ESTATE OF JOSHUA E. |
| 6 | WOODY, deceased, DAWN WOODY, BERNADINE R. BEEKMAN, GEORGE M. |
| 7 | BEEKMAN, TRACY M. SMITH, JONICA L. WOODY, TIMOTHY WOODY, THE ESTATE |
| 8 | OF PETER J. MORGERA, deceased, MICHAEL MORGERA, THOMAS |
| 9 | MORGERA, THE ESTATE OF KENDALL KITSON, JR., deceased, NANCY R. KITSON, |
| 10 | KENDALL K. KITSON, STEVE K. KITSON, NANCY A. KITSON, THE ESTATE OF |
| 11 | CHRISTOPHER ADAMS, deceased, CATHERINE ADAMS, JOHN E. ADAMS, |
| 12 | PATRICK D. ADAMS, MICHAEL T. ADAMS, DANIEL ADAMS, MARY YOUNG, |
| 13 | ELIZABETH WOLF, WILLIAM ADAMS, THE ESTATE OF CHRISTOPHER LESTER, |
| 14 | deceased, CECIL H. LESTER, JUDY LESTER, CECIL H. LESTER, JR., JESSICA F. LESTER, |
| 15 | THE ESTATE OF JEREMY A. TAYLOR, deceased, LAWRENCE E. TAYLOR, VICKIE |
| 16 | L. TAYLOR, STARLINA D. TAYLOR, THE ESTATE OF PATRICK P. FENNIG, deceased, |
| 17 | THADDEUS C. FENNIG, CATHERINE FENNIG, PAUL D. FENNIG, MARK |
| 18 | FENNIG, THE UNITED STATES OF AMERICA, AND DOES 1-20. |
| 19 | |
| | Third-Party Defendants. |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6645490.1

DEFENDANTS & THIRD-PARTY PLAINTIFFS VISA AND FRANKLIN RESOURCES' CERTIFICATE OF SERVICE

Case No CV-11-5807-CRB

## CERTIFICATE OF SERVICE ON

## THIRD-PARTY DEFENDANT BANK MELLI

I, Nada K. Hitti, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Baker & McKenzie LLP, Two Embarcadero Center, Suite 1100, San Francisco, CA 94111.

On **March 5, 2012**, I served **Third-Party Defendant Bank Melli**, with true and correct copies of the following documents:

1. Summons on Third-Party Complaint;

2. Defendants and Third-Party Plaintiffs Visa Inc. and Franklin Resources, Inc.'s Third-Party Complaint;

3. Order Setting Case Management Conference;

4. Judge Charles R. Breyer's Standing Orders; and

5. U.S.D.C.-Northern District of California – ECF Registration Information Handout

☒ **(By U.S. International Mail - Registered and Return Receipt Requested for International Mail )** In accordance with The Hague Convention on the Service Abroad of Judicial and ExtraJudicial Documents in Civil or Commercial Matters, Article 10(a), and in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(b)(2) and 28 U.S.C. 1608(c)(2), I placed such sealed envelope, with postage thereon fully prepaid for U.S. International Mail, Registered and Return Receipt Requested for International Mail, for collection and mailing at BAKER & McKENZIE LLP, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection. A true and correct copy of the completed Registered Mail form, the Return Receipt Requested for International Mail and the U.S. Postal Office receipt for the mailing are collectively attached as **Exhibit 1.**

By placing the documents in a sealed envelope, addressed as follows:

**Mr. Mohammad Shadkami**
**General Manager**
**Bank Melli Iran – Banque Nationale Iranniene – Paris Branch**
**43 Avenue Montaigne**
**Paris 75008**
**FRANCE**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6645490.1

1

Case No CV-11-5807-CRB
DEFENDANTS & THIRD-PARTY PLAINTIFFS VISA AND FRANKLIN RESOURCES' CERTIFICATE OF SERVICE

1    On **March 19, 2012**, I received via U.S. Mail the signed and dated Return Receipt for International Mail, confirming that the above-listed documents were duly delivered and received by Bank Melli at the above-listed address in Paris, France. The Return Receipt was duly signed by a person on behalf of Bank Melli, and stamped with the date of receipt of **March 12, 2012**. A true and correct copy of the signed and dated Return Receipt for International Mail is attached hereto as **Exhibit 2**.

   I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on **March 21, 2012**.

*Nada K Hitti*
Nada K. Hitti

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6645490.1

2

Case No CV-11-5807-CRB
DEFENDANTS & THIRD-PARTY PLAINTIFFS VISA AND FRANKLIN RESOURCES' CERTIFICATE OF SERVICE