# EXHIBIT 1

# To Certificate of Service

**BAKER & McKENZIE**

Baker & McKenzie LLP
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802, USA

**Mr. Mohammad Shadkami**
**General Manager**
**Bank Melli Iran – Banque Nationale Iranniene –**
**Paris Branch**
**43 Avenue Montaigne**
**Paris 75008**
**FRANCE**

**VIA REGISTERED U.S. INTERNATIONAL MAIL**
**RETURN RECEIPT REQUESTED**

 **UNITED STATES POSTAL SERVICE®**

**Return Receipt for International Mail**
*(Registered™, Insured and Express Mail®)*

*Administration
des Postes des
Etats-Unis
d'Amérique*

*Par Avion*



Postmark of
the office
returning the
receipt
*Timbre du
bureau
renvoyant
l'avis*

| | |
|---|---|
| Return by the quickest route *(air or surface mail)*, a découvert and postage free. | The sender completes and indicates the address for the return of this receipt.<br>*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*<br>Name or Firm *(Nom ou raison sociale)*<br>Baker & McKenzie LLP |
| *A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.* | Two Embarcadero Center, Suite 1100<br>Street and Number *(Rue et no.)*<br>San Francisco, CA 94111 – U.S.A.<br>City, State, and ZIP + 4® *(Localitié et code postal)*<br>United States of America |
| | UNITED STATES OF AMERICA                Etats-Unis d'Amérique |

PS Form **2865,** March 2007          *Avis de réception*          **CN07** *(Old C5)*

## Receipt 1 (left)

Date Stamp

Registered No.

To Be Completed By Post Office

| Reg. Fee | |
| Handling Charge | |
| Postage | |
| Received by | |

Return Receipt
Restricted Delivery

Customer Must Declare
Full Value $

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM
Nada Hitti - Baker & McKenzie LLP
Two Embarcadero Center #1100
San Francisco, CA 94111
U.S.A

TO
Mohammad Shadkami - Bank Melli Iran
43 Avenue Montaigne
Paris 75008
FRANCE

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**, Receipt for Registered Mail
May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

## Receipt 2 (right)

Date Stamp

Registered No.

RE772957606US

To Be Completed By Post Office

| Reg. Fee | |
| Handling Charge | Receipt $11 |
| Postage | $2.35 |
| Received by | |

Restricted Delivery $0.00

Customer Must Declare
Full Value $

0026   14

With Postal Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

OFFICIAL
SAN FRANCISCO CA GENERAL MAIL 94120

FROM
Nada Hitti - Baker & McKenzie LLP
Two Embarcadero Center #1100
San Francisco, CA 94111
U.S.A

TO
Mohammad Shadkami - Bank Melli Iran
43 Avenue Montaigne
Paris 75008
FR France - FRANCE

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**, Receipt for Registered Mail
May 2007 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

## Pink Card (bottom)

| Item Description (Nature de l'envoi ) | ☑ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Express Mail International |

Insured Parcel (Colis avec valeur déclarée) ☐    Insured Value (Valeur déclarée)    Article Number

Office of Mailing (Bureau de dépôt)
Baker & McKenzie LLP

Date of Posting (Date de dépôt)
March 5, 2012

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Mohammad Shadkami - Bank Melli Iran

Street and No. (Rue et No.)
43 Avenue Montaigne

Place and Country (Localité et pays)
Paris 75008 - FRANCE

Completed by the office of origin. (A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)    Date

Signature of Addressee (Signature du destinataire)    Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Completed at destination. (A compléter à destination.)

```
                USPS, GATEWAY
          San Francisco, California
                  941119991
              0567830026 -0098
03/05/2012      (800)275-8777      03:54:13 PM

                Sales Receipt
Product            Sale  Unit        Final
Description         Qty  Price       Price

France - First-Class                 $8.78
Mail Int'l  Large Env
9.90 oz.
  Return Receipt                     $2.35
  Registered                        $11.75
  Insured Value :          $0.00
  Article Value :          $0.00
  Label #:        RE772959768US
  Customer Postage                  -$25.00
  Subtotal:                          $0.00
                                   ========
  Issue PVI:                         $0.00


Total:                               $0.00

Paid by:

Order stamps at usps.com/shop or call
1-800-Stamp24.  Go to usps.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx


Prepare your international packages online
and save time.
Pay postage online and save money too.
usps.com/clicknship

Bill#: 1000200356771
Clerk: 14

   All sales final on stamps and postage
    Refunds for guaranteed services only
       Thank you for your business
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
       HELP US SERVE YOU BETTER

   Go to: https://postalexperience.com/Pos

      TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

        YOUR OPINION COUNTS
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx


              Customer Copy
```