# EXHIBIT 2

# To Certificate of Service

 **Return Receipt for International Mail**
(Registered™, Insured and Express Mail®)

*Administration des Postes des Etats-Unis d'Amérique*

*Par Avion*



Postmark of the office returning the receipt
*Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), a découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*
Baker & McKenzie LLP

Street and Number *(Rue et no.)*
Two Embarcadero Center, Suite 1100

City, State, and ZIP + 4® *(Localitié et code postal)*
San Francisco, CA 94111 - U.S.A.
United States of America

UNITED STATES OF AMERICA          Etats-Unis d'Amérique

PS Form **2865**, March 2007        **Avis de réception**        **CN07** *(Old C5)*

| | Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number | |
| | Office of Mailing (Bureau de dépôt) Baker McKenzie LLP | | | | Date of Posting (Date de dépôt) March 5, 2012 | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Mohammad Shadkami - Bank Melli Iran | | | | | |
| | Street and No. (Rue et No.) 43 Avenue Montaigne | | | | | |
| | Place and Country (Localité et pays) Paris 75008 - FRANCE | | | | | |

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☑ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, March 2007 (Reverse)  PSN 7530-01-000-9775