IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENNETT, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, ET AL.,<br><br>    Defendants.                 / | No. C 11-05807 CRB<br><br>**ORDER SETTING HEARING DATE** |

The Court hereby SETS the Consolidated Motion to Dismiss (dkt. 59) and the Ex Parte Application for Injunction Pursuant to 28 U.S.C. § 2361 (dkt. 42) for a hearing before this Court on May 4, 2012 at 10:00 AM in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California. The parties are directed to file all papers related to those two motions with this Court.

**IT IS SO ORDERED.**

Dated: April 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5807\order setting hearing.wpd