| | |
|---|---|
| 1 | FRANK T. PEPLER (CSB 100070) |
|   | frank.pepler@dlapiper.com |
| 2 | DLA PIPER LLP (US) |
|   | 555 Mission Street, Suite 2400 |
| 3 | San Francisco, CA 94105-2933 |
|   | Tel: 415.836.2500 |
| 4 | Fax: 415.836.2501 |
| 5 | and |
| 6 | DALE K. CATHELL (Admitted *Pro Hac Vice*) |
|   | dale.cathell@dlapiper.com |
| 7 | DAVID B. MISLER (Admitted *Pro Hac Vice*) |
|   | david.misler@dlapiper.com |
| 8 | DLA PIPER LLP (US) |
|   | 6225 Smith Avenue |
| 9 | Baltimore, MD 21209 |
|   | Tel: 410.580.3000 |
| 10 | Fax: 410.580.3001 |
| 11 | Attorneys for the Estate of Michael Heiser, *et al*. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENNETT, *et al*., | CASE NO. CV-11-5807-(CRB) (NJV) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR THE ESTATE OF HEISER THIRD-PARTY DEFENDANTS' REPLY IN FURTHER SUPPORT OF CONSOLIDATED MOTION TO DISMISS** |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, *et al*., | |
| Defendants. | |
| | **[CIVIL L.R. 6-2 AND 7-12]** |
| | **Date Action Filed: December 2, 2011** |
| | **The Honorable Charles R. Breyer** |

VISA, INC. and FRANKLIN RESOURCES, INC.,

        Third-Party Plaintiffs,

  v.

BANK MELLI, *et al*.,

        Third-Party Defendant.

## **STIPULATION**

Pursuant to Local Rules 6-2 and 7-12, Third-Party Plaintiffs Franklin Resources, Inc., and Visa Inc., ("Visa and Franklin"), and Third-Party Defendants the Estate of Michael Heiser, *et al*. ("the Heiser Third-Party Defendants"), (hereinafter collectively referred to as the "Parties"), by and through their respective counsel, have stipulated as follows:

WHEREAS, on March 20, 2012, Visa and Franklin filed with the Court their Ex Parte Application for Injunction Pursuant to 28 U.S.C. Section 2361 ("*Ex Parte* Application");

WHEREAS, on March 22, 2012, Magistrate Judge Vadas issued its Amended Minute Order ("Minute Order"), setting the date of March 30, 2012 as the deadline for the parties to file any opposition to the *Ex Parte* Application, and stating that "[a]ny reply shall be filed pursuant to local rule", thereby rendering the reply brief deadline to be Friday, April 6, 2012;

WHEREAS, on March 30, 2012, the Heiser Third-Party Defendants filed with the Court, in addition to an Opposition to Ex Parte Application, a Consolidated Motion to Dismiss the Third-Party Complaint Filed by Franklin and Visa and the Complaint filed by the Bennett Plaintiffs (the "Consolidated Motion to Dismiss");

WHEREAS, on April 18, 2012, the Bennett Plaintiffs and Franklin and Visa filed oppositions to the Consolidated Motion to Dismiss;

WHEREAS, the Heiser Third-Party Defendants' Reply in further support of their Consolidated Motion to Dismiss is currently due on April 25, 2012;

WHEREAS, on April 24, 2012, Visa and Franklin filed a Supplemental Memorandum and Request for Leave to Make Deposit in the Court (the "Supplemental Memorandum");

1  WHEREAS, in light of the arguments made by Visa and Franklin in the Supplemental
2  Memorandum, the Heiser Third-Party Defendants require additional time to file their reply in
3  further support of their Consolidated Motion to Dismiss.

4  **IT IS HEREBY STIPULATED AND AGREED** between the Parties as follows:

5  1.  The Heiser Third-Party Defendants shall have an extension of time until Friday,
6  April 27, 2012, to file a reply in further support of their Consolidated Motion to Dismiss.

7  **IT IS SO STIPULATED**.

Respectfully submitted,

Dated:  April 25, 2012                    FRANK T. PEPLER
                                          DLA PIPER LLP (US)

                                          DALE K. CATHELL
                                          DAVID B. MISLER
                                          DLA PIPER LLP (US)


                                          By:/s/  Frank T. Pepler_____
                                               Frank T. Pepler
                                          Attorneys for Third-Party Defendants
                                          The Estate of Michael Heiser, *et al.*


Dated:  April 25, 2012                    BAKER & McKENZIE LLP
                                          BRUCE H. JACKSON
                                          IRENE V. GUTIERREZ


                                          By:/s/  Bruce H. Jackson
                                               Bruce H. Jackson
                                          Attorneys for Defendants
                                          VISA INC. and
                                          FRANKLIN RESOURCES, INC.

## ATTESTATION OF CONCURRENCE

I, Frank Pepler, attest that I am one of the attorneys for third-party defendants the ESTATE OF MICHAEL HEISER, *et al.* as the ECF user and filer of this document I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: April 25, 2012          /s/     Frank T. Pepler
                                       Frank T. Pepler

# **ORDER**

PURSUANT TO THE STIPULATION, the following is ORDERED:

1. The Heiser Third-Party Defendants' Reply in further support of their Consolidated Motion to Dismiss, now due on Wednesday, April 25, 2012, will be due now on Friday, April 27, 2012.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**.

Dated: April _27_, 2012



_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE