1  FRANK T. PEPLER (CSB 100070)
   frank.pepler@dlapiper.com
2  DLA PIPER LLP(US)
   555 Mission Street, Suite 2400
3  San Francisco, CA 94105-2933
   Tel: 415.836.2500
4  Fax: 415.836.2501

5  and

6  DALE K. CATHELL (Admitted *Pro Hac Vice*)
   dale.cathell@dlapiper.com
7  DAVID B. MISLER (Admitted *Pro Hac Vice*)
   david.misler@dlapiper.com
8  DLA PIPER LLP (US)
   6225 Smith Avenue
9  Baltimore, MD 21209
   Tel: 410.580.3000
10 Fax: 410.580.3001

11 Attorneys for the Estate of Michael Heiser, *et al*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL BENNETT, *et al*., | CASE NO. CV-11-5807-(CRB) (NJV) |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67** |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, *et al*., | |
| Defendants. | |
| | [CIVIL L.R. 7-12] |
| | Date Action Filed: December 2, 2011 |
| | The Honorable Charles R. Breyer |

-1-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND
RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF
COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67  CV-11-5807-CRB (NJV)

DLA Piper LLP (US)
San Francisco

| | |
|---|---|
| 1 | VISA, INC. and FRANKLIN RESOURCES, INC., |
| 2 | |
| 3 | Third-Party Plaintiffs, |
| 4 | v. |
| 5 | BANK MELLI, *et al*., |
| 6 | Third-Party Defendant. |

**STIPULATION AND [PROPOSED] CONSENT ORDER**

Pursuant to Local Rule 7-12, Plaintiffs Michael Bennett, *et al*. (collectively, the "Bennetts"), Defendants and Third-Party Plaintiffs Franklin Resources, Inc. ("Franklin") and Visa Inc. ("Visa"), Third-Party Defendants Steven M. Greenbaum, *et al*. (collectively, the "Greenbaums"), Third-Party Defendants Carlos Acosta, *et al*. (collectively, the "Acostas") and Third-Party Defendants the Estate of Michael Heiser, *et al.* (collectively, the "Heisers," and together with the Bennetts, Visa, Franklin, the Greenbaums and the Acostas, the "Parties"), by and through their respective counsel, HEREBY STIPULATE AND AGREE as follows:

WHEREAS, on December 2, 2011, the Bennetts filed their Complaint against Visa and Franklin (the "Complaint") (ECF Dkt. No. 1), seeking a turnover of certain blocked assets (the "Blocked Assets") held by Visa and blocked in accordance with sanctions regulations administered by the United States Department of Treasury's Office of Foreign Assets Control ("OFAC");

WHEREAS, on November 18, 2011, the Heisers filed a post-judgment turnover action against Franklin in United States District Court for the Southern District of New York, styled *Heiser v. Franklin Resources, Inc.*, case no. 11-cv-08446 (GBD) (MHD) (S.D.N.Y.) (the "Heiser New York Proceeding"), in which the Heisers also sought a turnover of the Blocked Assets;

WHEREAS, on November 29, 2011 the Greenbaums and Acostas obtained writs of

-2-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND
RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF
COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

execution from the Clerk of the Court pursuant to the Court's November 29, 2011 Order pursuant to 28 U.S.C. § 1610(c), which writs, along with notices of levy and memorandum of garnishee, were delivered to the United States Marshal Service for the Northern District of California for service upon Visa and Franklin and levy upon the Blocked Assets;

WHEREAS, on February 3, 2012, Visa and Franklin filed their Third-Party Complaint in the nature of interpleader against, *inter alia*, the Greenbaums, the Acostas, and the Heisers (the "Third-Party Complaint") (ECF Dkt. No. 16);

WHEREAS, on March 19, 2012, the Greenbaums and Acostas filed answers to the Third-Party Complaint and asserted counterclaims against Visa and Franklin (ECF Dkt. Nos. 40 and 41);

WHEREAS, on March 20, 2012, Visa and Franklin filed with the Court their *Ex Parte* Application for Injunction Pursuant to 28 U.S.C. Section 2361 ("*Ex Parte* Application") seeking to enjoin prosecution of the Heiser New York Proceeding and to require resolution of claims to the Blocked Assets in this Court (ECF Dkt. No. 42);

WHEREAS, on March 30, 2012, the Heisers filed with the Court a Consolidated (I) Motion to Dismiss (1) Third-Party Complaint Filed by Franklin Resources, Inc. and Visa, Inc. and (2) Complaint filed by the Bennetts Plaintiffs, and (II) Opposition to *Ex Parte* Application and Memorandum of Points and Authorities in Support of Application for Injunction Pursuant to 28 U.S.C. § 2361 (the "Consolidated Motion to Dismiss") (ECF Dkt. No. 59);

WHEREAS, on April 18, 2012, the Bennett Plaintiffs and Visa and Franklin filed oppositions to the Consolidated Motion to Dismiss (ECF Dkt. Nos. 70 and 71);

WHEREAS, on April 24, 2012, Visa and Franklin filed a Supplemental Memorandum and Request for Leave to Make Deposit in Court (the "Supplemental Memorandum"), in which Visa and Franklin attached a letter from the United States Department of Justice stating that Visa and

3
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67     CV-11-5807-CRB (NJV)

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\48446842.1

1  Franklin do not need an OFAC license in order to deposit the Blocked Assets into the Court's

2  registry;

3        WHEREAS, in the Supplemental Memorandum Visa and Franklin requested leave to

4  deposit the Blocked Assets into the registry of the Court pursuant to Federal Rule of Civil

5  Procedure 67;

6        WHEREAS, on April 26, 2012, Visa and Franklin filed answers to the Greenbaum and

7  Acosta counterclaims (ECF Dkt. Nos. 80, 81, 82 and 83);

8        WHEREAS, the Court has scheduled a hearing on the *Ex Parte* Application and

9  Consolidated Motion to Dismiss for May 4, 2012 at 10:00 a.m.

10       WHEREAS, the Parties have reached a resolution of the claims and issues in the *Ex Parte*

11 Application, the Consolidated Motion to Dismiss, and the Supplemental Memorandum pursuant

12 to which (1) Visa and Franklin shall be authorized to deposit the Blocked Assets into the registry

13 of the Court pursuant to the proposed order attached hereto as Exhibit A, (2) Visa and Franklin

14 shall withdraw the *Ex Parte* Application, (3) the Heisers shall withdraw the Consolidated Motion

15 to Dismiss, and (4) the Heisers agree to prosecute their claims to the Blocked Assets in this Court

16 and the Heisers and Franklin shall request a stay of the Heiser New York Proceeding;

17       WHEREAS, upon the Motion for Entry of Default of Third-Party Defendant Bank Melli

18 filed by Visa and Franklin on April 19, 2012, default was entered by the Clerk of Court as to

19 third-party defendant Bank Melli on April 26, 2012 (ECF Dkt. Nos. 74 and 79);

20       WHEREAS, on April 30, 2012, Visa and Franklin filed a Notice of Voluntary Dismissal

21 of Third-Party Defendant the United States of America, by which Visa and Franklin voluntarily

22 dismissed, without prejudice, all claims against the United States of America (ECF Dkt. No. 84);

23       WHEREAS, the Bennetts, the Greenbaums, the Acostas, and the Heisers have reached a

24 resolution among themselves regarding their respective claims of priority to the Blocked Assets,

STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND
RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF
COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\48446842.1

and in connection with such resolution the Parties anticipate submitting a joint filing with the Court in the near future in order to resolve all of their outstanding claims in this action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties as follows:

1. Visa and Franklin's request for leave to deposit the Blocked Assets totaling $17,648,962.76 into the registry of the Court is **GRANTED**.

2. Visa and Franklin shall deposit the Blocked Assets into the Court's registry within ten (10) days of the date of the approval and entry of this Order.

3. Visa and Franklin's *Ex Parte* Application is **WITHDRAWN**.

4. The Heisers' Consolidated Motion to Dismiss is **WITHDRAWN**.

5. The Heisers agree to prosecute their claims to the Blocked Assets in this Court and shall file a Stipulation and Proposed Order in the United States District Court for the Southern District of New York in a form as shall be mutually agreed upon by counsel for the Heisers and counsel for Visa and Franklin, which shall provide for a stay of the Heiser New York Proceeding pending resolution of this proceeding.

6. Within fourteen (14) days of the date of the approval and entry of this Order, the Heisers shall file a response to the Third-Party Complaint.

7. In accordance with Federal Rule of Civil Procedure 67 and General Order No. 31, by separate Order of this same date the Court authorizes deposit of the Blocked Assets totaling $17,648,962.76 into the Court's registry and Visa and Franklin shall deliver that Order to the Clerk of the Court.

8. The hearing scheduled for May 4, 2012 is **CANCELLED**.

-5-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

DLA PIPER LLP (US)
SAN FRANCISCO

EAST\48446842.1

**Stipulated and Agreed to:**

Dated: May 2, 2012

FRANK T. PEPLER
DLA PIPER LLP (US)

DALE K. CATHELL
DAVID B. MISLER
DLA PIPER LLP (US)


By  /s/ Frank T. Pepler
　　　Frank T. Pepler
Attorneys for Third-Party Defendants
THE ESTATE OF MICHAEL HEISER, *ET AL.*

Dated: May 2, 2012

BAKER & McKENZIE LLP
BRUCE H. JACKSON
IRENE V. GUTIERREZ


By:  /s/ Bruce H. Jackson
　　　Bruce H. Jackson
Attorneys for Defendants
VISA INC. and
FRANKLIN RESOURCES, INC.

Dated: May 2, 2012

STROOCK & STROOCK & LAVAN LLP


By  /s/ Curtis C. Mechling
　　　Curtis C. Mechling
Attorneys for Third-Party Defendants the
GREENBAUMS AND ACOSTAS

Dated: May 2, 2012

BOND & NORMAN


By  /s/ Jane Norman
　　　Jane Norman
Attorneys for Plaintiffs the BENNETTS

-6-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND
RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF
COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

EAST\48446842.1

1  **PURSUANT TO STIPULATION,**
2  **IT IS SO ORDERED**.
3
4  Dated: May __3__, 2012
5  _____
   The Honorable Charles R. Breyer
6  UNITED STATES DISTRICT JUDGE



-7-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND
RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF
COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

DLA Piper LLP (US)
San Francisco

EAST\48446842.1

.

## ATTESTATION OF CONCURRENCE

I, Frank Pepler, attest that I am one of the attorneys for third-party defendants the ESTATE OF MICHAEL HEISER, *et al.* as the ECF user and filer of this document I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: May 2, 2012                              /s/   Frank T. Pepler
                                                          Frank T. Pepler

DLA Piper LLP (US)
San Francisco

-8-
STIPULATION AND [PROPOSED] CONSENT ORDER RESOLVING PENDING MOTIONS AND RELATED MATTERS AND AUTHORIZING DEPOSIT OF BLOCKED ASSETS INTO REGISTRY OF COURT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 67    CV-11-5807-CRB (NJV)

EAST\48446842.1

# EXHIBIT A

Bruce H. Jackson, State Bar No. 98118
  bruce.jackson@bakermckenzie.com
Irene V. Gutierrez, State Bar No. 252927
  irene.gutierrez@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendants and Third-Party Plaintiffs
VISA INC. and FRANKLIN RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, LINDA BENNETT, Individually and as Co-Administrators of the Estate of MARLA ANN BENNETT, deceased<br>c/o THOMAS FORTUNE FAY, ESQ.<br>601 Pennsylvania Ave., NW<br>Suite 900 – South Building<br>Washington, DC  20004<br><br>            Plaintiffs,<br><br>    v.<br><br>THE ISLAMIC REPUBLIC OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran and<br><br>THE IRANIAN MINISTRY OF INFORMATION AND SECURITY<br>Pasdaran Avenue<br>Golestan Yekom<br>Tehran, Iran,<br><br>and<br><br>FRANKLIN RESOURCES INC.<br>dba FRANKLIN TEMPLETON FIDUCIARY TRUST<br>Serve: CT Corporation Services<br>         818 W. 7th Street<br>         Suite 200<br>         Los Angeles, CA  90017 | **Case No. CV-11-5807-CRB (NJV)**<br><br>**[PROPOSED] ORDER**<br><br>**GRANTING THIRD-PARTY PLAINTIFFS' REQUEST FOR LEAVE TO DEPOSIT ASSETS INTO REGISTRY OF COURT AND AUTHORIZING THE DEPOSIT OF ASSETS**<br><br>**Fed.R.Civ.Proc. Rule 67**<br><br>**Courtroom:    Courtroom 6, 17th Floor**<br>                       **450 Golden Gate Avenue**<br>                       **San Francisco, CA  94102**<br><br>**The Honorable Charles R. Breyer**<br><br>**Date Action Filed:  December 2, 2011** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6648990.2

Case No  CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

| | |
|---|---|
| 1 | and |
| 2 | VISA INC |
| 3 | dba VISA INTERNATIONAL SERVICE ASSOCIATION |
| 4 | Serve: CT Corporation Services |
| |      818 W. 7th Street |

```
1  and
2  VISA INC
3  dba VISA INTERNATIONAL SERVICE ASSOCIATION
   Serve: CT Corporation Services
4         818 W. 7th Street
          Suite 200
5         Los Angeles, CA  90017
6
                  Defendants.
7
   _____
8
   VISA INC., a Delaware corporation, and
9  FRANKLIN RESOURCES, INC. a Delaware
   corporation,
10
                  Third-Party Plaintiffs,
11
          v.
12
   BANK MELLI, CARLOS ACOSTA, MARIA
13 ACOSTA, IRVING FRANKLIN, ESTATE OF
   IRMA FRANKLIN, LIBBY KAHANE,
14 ESTATE OF SONYA KAHANE, CIPPORAH
   KAPLAN, TOVA ETTINGER, BARUCH
15 KAHANE, ETHEL GRIFFIN AS
   ADMINISTRATOR OF BINYAMIN
16 KAHANE'S ESTATE, RABBI NORMAN
   KAHANE, STEVEN GREENBAUM, ALAN
17 HAYMAN, SHIRLEE HAYMAN, THE
   ESTATE OF MICHAEL HEISER, deceased,
18 GARY HEISER, FRANCIS HEISER, THE
   ESTATE OF LELAND TIMOTHY HAUN,
19 deceased, IBIS S. HAUN, MILAGRITOS
   PEREZ-DALIS, SENATOR HAUN, THE
20 ESTATE OF JUSTIN R. WOOD, deceased,
   RICHARD W. WOOD, KATHLEEN M.
21 WOOD, SHAWN M. WOOD, THE ESTATE
   OF EARL F. CARTRETTE, JR., deceased,
22 DENISE M. EICHSTAEDT, ANTHONY W.
   CARTRETTE, LEWIS W. CARTRETTE, THE
23 ESTATE OF BRIAN MCVEIGH, deceased,
   SANDRA M. WETMORE, JAMES V.
24 WETMORE, THE ESTATE OF MILLARD D.
   CAMPBELL, deceased, MARIE R.
25 CAMPBELL, BESSIE A. CAMPBELL, THE
   ESTATE OF KEVIN J. JOHNSON, deceased,
26 SHYRL L. JOHNSON, CHE G. COLSON,
   KEVIN JOHNSON, a minor, by his legal
27 guardian Shyrl L. Johnson, NICHOLAS A.
   JOHNSON, a minor, by his legal guardian Shyrl
28 L. Johnson, LAURA E. JOHNSON, BRUCE
```

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6648990.2

Case No  CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

| | |
|---|---|
| 1 | JOHNSON, THE ESTATE OF JOSEPH E. RIMKUS, deceased, BRIDGET BROOKS, JAMES R. RIMKUS, ANNE M. RIMKUS, THE ESTATE OF BRENT E. MARTHALER, deceased, KATIE L. MARTHALER, SHARON MARTHALER, HERMAN C. MARTHALER, III, MATTHEW MARTHALER, KIRK MARTHALER, THE ESTATE OF THANH VAN NGUYEN, deceased, CHRISTOPHER R. NGUYEN, THE ESTATE OF JOSHUA E. WOODY, deceased, DAWN WOODY, BERNADINE R. BEEKMAN, GEORGE M. BEEKMAN, TRACY M. SMITH, JONICA L. WOODY, TIMOTHY WOODY, THE ESTATE OF PETER J. MORGERA, deceased, MICHAEL MORGERA, THOMAS MORGERA, THE ESTATE OF KENDALL KITSON, JR., deceased, NANCY R. KITSON, KENDALL K. KITSON, STEVE K. KITSON, NANCY A. KITSON, THE ESTATE OF CHRISTOPHER ADAMS, deceased, CATHERINE ADAMS, JOHN E. ADAMS, PATRICK D. ADAMS, MICHAEL T. ADAMS, DANIEL ADAMS, MARY YOUNG, ELIZABETH WOLF, WILLIAM ADAMS, THE ESTATE OF CHRISTOPHER LESTER, deceased, CECIL H. LESTER, JUDY LESTER, CECIL H. LESTER, JR., JESSICA F. LESTER, THE ESTATE OF JEREMY A. TAYLOR, deceased, LAWRENCE E. TAYLOR, VICKIE L. TAYLOR, STARLINA D. TAYLOR, THE ESTATE OF PATRICK P. FENNIG, deceased, THADDEUS C. FENNIG, CATHERINE FENNIG, PAUL D. FENNIG, MARK FENNIG, THE UNITED STATES OF AMERICA, AND DOES 1-20.<br><br>Third-Party Defendants. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6648990.2

Case No CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

# ~~PROPOSED~~ ORDER

In accordance with the accompanying Stipulation and Proposed Consent Order submitted to the Court, the Court **ORDERS AS FOLLOWS:**

1. **IT IS ORDERED** that the Request of Third-Party Plaintiffs Visa Inc. and Franklin Resources, Inc. (collectively "Third-Party Plaintiffs") for Leave to Make Deposit into Registry of the Court of the Blocked Assets in this interpleader action, pursuant to Federal Rule of Civil Procedure 67(a), is hereby **GRANTED**, and the Clerk of the Court is hereby authorized to accept such deposit in the amount of $17,648,962.76;

2. **IT IS FURTHER ORDERED** that Third-Party Plaintiffs' deposit into the Registry of the Court take place within ten (10) days from the date of entry of this Order.

**IT IS SO ORDERED.**

Dated: May 3, 2012



The Honorable Charles R. Breyer
Judge of the United States District Court

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6648990.2

1

Case No CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT