1 | Bruce H. Jackson, State Bar No. 98118
    bruce.jackson@bakermckenzie.com
2 | Irene V. Gutierrez, State Bar No. 252927
    irene.gutierrez@bakermckenzie.com
3 | **BAKER & McKENZIE LLP**
    Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111-3802
    Telephone: +1 415 576 3000
5 | Facsimile: +1 415 576 3099

6 | Attorneys for Defendants and Third-Party Plaintiffs
    VISA INC. and FRANKLIN RESOURCES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, LINDA BENNETT, Individually and as Co-Administrators of the Estate of MARLA ANN BENNETT, deceased c/o THOMAS FORTUNE FAY, ESQ. 601 Pennsylvania Ave., NW Suite 900 – South Building Washington, DC 20004<br><br>Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN Ministry of Foreign Affairs Khomeini Avenue United Nations Street Tehran, Iran and<br><br>THE IRANIAN MINISTRY OF INFORMATION AND SECURITY Pasdaran Avenue Golestan Yekom Tehran, Iran,<br><br>and<br><br>FRANKLIN RESOURCES INC. dba FRANKLIN TEMPLETON FIDUCIARY TRUST Serve: CT Corporation Services 818 W. 7th Street Suite 200 Los Angeles, CA 90017 | **Case No. CV-11-5807-CRB (NJV)**<br><br>[~~PROPOSED~~] **ORDER**<br><br>**GRANTING THIRD-PARTY PLAINTIFFS' REQUEST FOR LEAVE TO DEPOSIT ASSETS INTO REGISTRY OF COURT AND AUTHORIZING THE DEPOSIT OF ASSETS**<br><br>**Fed.R.Civ.Proc. Rule 67**<br><br>**Courtroom:** Courtroom 6, 17th Floor 450 Golden Gate Avenue San Francisco, CA 94102<br><br>**The Honorable Charles R. Breyer**<br><br>**Date Action Filed: December 2, 2011** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6648990.2

Case No CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

| | |
|---|---|
| 1 | and |
| 2 | VISA INC |
| 3 | dba VISA INTERNATIONAL SERVICE ASSOCIATION |
| | Serve: CT Corporation Services |
| 4 |     818 W. 7th Street |
| |     Suite 200 |
| 5 |     Los Angeles, CA  90017 |
| 6 | |
| |        Defendants. |
| 7 | |

1 and

2 VISA INC
3 dba VISA INTERNATIONAL SERVICE ASSOCIATION
Serve: CT Corporation Services
4   818 W. 7th Street
  Suite 200
5   Los Angeles, CA  90017

6
      Defendants.
7
———————————————————

8
VISA INC., a Delaware corporation, and
9 FRANKLIN RESOURCES, INC. a Delaware corporation,

10
      Third-Party Plaintiffs,
11
12 v.

BANK MELLI, CARLOS ACOSTA, MARIA
13 ACOSTA, IRVING FRANKLIN, ESTATE OF IRMA FRANKLIN, LIBBY KAHANE,
14 ESTATE OF SONYA KAHANE, CIPPORAH KAPLAN, TOVA ETTINGER, BARUCH
15 KAHANE, ETHEL GRIFFIN AS ADMINISTRATOR OF BINYAMIN
16 KAHANE'S ESTATE, RABBI NORMAN KAHANE, STEVEN GREENBAUM, ALAN
17 HAYMAN, SHIRLEE HAYMAN, THE ESTATE OF MICHAEL HEISER, deceased,
18 GARY HEISER, FRANCIS HEISER, THE ESTATE OF LELAND TIMOTHY HAUN,
19 deceased, IBIS S. HAUN, MILAGRITOS PEREZ-DALIS, SENATOR HAUN, THE
20 ESTATE OF JUSTIN R. WOOD, deceased, RICHARD W. WOOD, KATHLEEN M.
21 WOOD, SHAWN M. WOOD, THE ESTATE OF EARL F. CARTRETTE, JR., deceased,
22 DENISE M. EICHSTAEDT, ANTHONY W. CARTRETTE, LEWIS W. CARTRETTE, THE
23 ESTATE OF BRIAN MCVEIGH, deceased, SANDRA M. WETMORE, JAMES V.
24 WETMORE, THE ESTATE OF MILLARD D. CAMPBELL, deceased, MARIE R.
25 CAMPBELL, BESSIE A. CAMPBELL, THE ESTATE OF KEVIN J. JOHNSON, deceased,
26 SHYRL L. JOHNSON, CHE G. COLSON, KEVIN JOHNSON, a minor, by his legal
27 guardian Shyrl L. Johnson, NICHOLAS A. JOHNSON, a minor, by his legal guardian Shyrl
28 L. Johnson, LAURA E. JOHNSON, BRUCE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6648990.2

Case No  CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

| | |
|---|---|
| 1 | JOHNSON, THE ESTATE OF JOSEPH E. RIMKUS, deceased, BRIDGET BROOKS, JAMES R. RIMKUS, ANNE M. RIMKUS, THE ESTATE OF BRENT E. MARTHALER, deceased, KATIE L. MARTHALER, SHARON MARTHALER, HERMAN C. MARTHALER, III, MATTHEW MARTHALER, KIRK MARTHALER, THE ESTATE OF THANH VAN NGUYEN, deceased, CHRISTOPHER R. NGUYEN, THE ESTATE OF JOSHUA E. WOODY, deceased, DAWN WOODY, BERNADINE R. BEEKMAN, GEORGE M. BEEKMAN, TRACY M. SMITH, JONICA L. WOODY, TIMOTHY WOODY, THE ESTATE OF PETER J. MORGERA, deceased, MICHAEL MORGERA, THOMAS MORGERA, THE ESTATE OF KENDALL KITSON, JR., deceased, NANCY R. KITSON, KENDALL K. KITSON, STEVE K. KITSON, NANCY A. KITSON, THE ESTATE OF CHRISTOPHER ADAMS, deceased, CATHERINE ADAMS, JOHN E. ADAMS, PATRICK D. ADAMS, MICHAEL T. ADAMS, DANIEL ADAMS, MARY YOUNG, ELIZABETH WOLF, WILLIAM ADAMS, THE ESTATE OF CHRISTOPHER LESTER, deceased, CECIL H. LESTER, JUDY LESTER, CECIL H. LESTER, JR., JESSICA F. LESTER, THE ESTATE OF JEREMY A. TAYLOR, deceased, LAWRENCE E. TAYLOR, VICKIE L. TAYLOR, STARLINA D. TAYLOR, THE ESTATE OF PATRICK P. FENNIG, deceased, THADDEUS C. FENNIG, CATHERINE FENNIG, PAUL D. FENNIG, MARK FENNIG, THE UNITED STATES OF AMERICA, AND DOES 1-20. |
| | Third-Party Defendants. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6648990.2

Case No CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT

# ~~PROPOSED~~ ORDER

In accordance with the accompanying Stipulation and Proposed Consent Order submitted to the Court, the Court **ORDERS AS FOLLOWS:**

1. **IT IS ORDERED** that the Request of Third-Party Plaintiffs Visa Inc. and Franklin Resources, Inc. (collectively "Third-Party Plaintiffs") for Leave to Make Deposit into Registry of the Court of the Blocked Assets in this interpleader action, pursuant to Federal Rule of Civil Procedure 67(a), is hereby **GRANTED**, and the Clerk of the Court is hereby authorized to accept such deposit in the amount of $17,648,962.76;

2. **IT IS FURTHER ORDERED** that Third-Party Plaintiffs' deposit into the Registry of the Court take place within ten (10) days from the date of entry of this Order.

**IT IS SO ORDERED.**

Dated: May 3, 2012



The Honorable Charles R. Breyer
Judge of the United States District Court

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6648990.2

1

Case No CV-11-5807-CRB **(NJV)**
[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO MAKE DEPOSIT IN COURT