1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11
12

MICHAEL BENNETT, ET AL.,

         Plaintiffs,

13

  v.

14

THE ISLAMIC REPUBLIC OF IRAN, ET
AL.,

15
16

         Defendants.

_____/

No. C 11-05807 CRB

**ORDER DENYING REQUEST FOR STAY**

17
18

    The Court is in receipt of a June 4, 2012 letter from Jeffrey Lamken of Molo Lamken,

19

as well as a June 6, 2012 letter in response from Curtis C. Mechling of Stroock, counsel for

20

the Greenbaum and Acosta judgment creditors.  Mr. Lamken's letter states that "Bank Melli

21

is now in the process of engaging local counsel in the Northern District so that it may move

22

to vacate the default judgment" in the above-captioned case, but that OFAC "bars counsel

23

from receiving a retainer or compensation for providing services to Bank Melli without first

24

obtaining a license under 31 C.F.R. § 544.507."  Mr. Lamken therefore asks the Court to

25

"defer distributing the assets in its registry (and refrain from allowing them to be otherwise

26

disbursed or dissipated) until Bank Melli has had the opportunity to obtain necessary licenses

27

from OFAC, seek vacatur of the default, and assert its assets' immunity from attachment and

28

execution."  Mr. Mechling's letter asks the Court to deny the request for an open-ended delay

"as unjust and futile."

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1     The Court DENIES Mr. Lamken's request for a stay without prejudice.  That Mr.

2    Lamken and his firm cannot presently be compensated for their work for Bank Melli is of no

3    matter to this Court; counsel appear before the Court with a myriad of financial arrangements

4    with their clients, including agreements for *pro bono* representation.  If Mr. Lamken wishes

5    to seek a stay on behalf of Bank Melli, or move the Court to set aside default judgment, he is

6    advised to file a notice of appearance and a noticed motion.

7    **IT IS SO ORDERED.**

8

9    Dated: June 8, 2012                _____

10                                     CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE