MOLO LAMKEN LLP
JEFFREY A. LAMKEN (CA Bar # 154217)
The Watergate, Suite 660
600 New Hampshire Ave.
Washington, D.C.  20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
jlamken@mololamken.com

*Counsel for Third-Party Defendant*
BANK MELLI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>    Defendants.<br><br><br><br><br>VISA INC. and FRANKLIN RESOURCES, INC.,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>BANK MELLI, *et al.*,<br><br>    Third-Party Defendants. | Case No. CV 11-5807 (CRB) (NJV)<br><br>**THIRD-PARTY DEFENDANT BANK MELLI'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[F.R.C.P 7.1]**<br>**[Local Rule 3-16]**<br><br>**Before the Honorable Charles R. Breyer and Nandor J. Vadas**<br><br>**Date Action Filed: December 2, 2011** |

---

**THIRD-PARTY DEFENDANT BANK MELLI'S DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bank Melli hereby states that it is not a publicly held entity.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  June 12, 2012

Respectfully submitted,

MOLO LAMKEN LLP

By:  /s/
Jeffrey A. Lamken

*Counsel for Third-Party Defendant*
*BANK MELLI*

2
**THIRD-PARTY DEFENDANT BANK MELLI'S DISCLOSURE STATEMENT**
**AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**