UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, *et al.*, <br> Plaintiffs, <br> v. <br> ISLAMIC REPUBLIC OF IRAN, *et al.*, <br> Defendants. | Case No. CV 11-5807 (CRB) (NJV) <br><br> **DECLARATION OF** <br> **HOSSEIN AHANGARI** |
| VISA INC. and <br> FRANKLIN RESOURCES, INC., <br> Third-Party Plaintiffs, <br> v. <br> BANK MELLI, *et al.*, <br> Third-Party Defendants. | |

Pursuant to 28 U.S.C. § 1746, **Hossein Ahangari** hereby declares as follows:

1. My name is **Hossein Ahangari**. Responsible for Section of International Card Operations of Bank Melli. I submit this Declaration in support of Bank Melli's motion to vacate the default in this case. This Declaration is based on my personal knowledge and on information provided to me by others within Bank Melli.

2. Founded in 1928, Bank Melli is Iran's largest financial institution. With more than 43,000 employees at 3,300 branches, the bank handles a larger share of project and trade financing than any other Iranian bank, as well as a considerable share of private sector deposits. Although Bank Melli's stock is currently

wholly owned by the Iranian government, the bank is separately incorporated, with its own share capital and board of directors.

3. Bank Melli maintains its head office in Tehran, Iran. It has also maintained separate branches in other countries, including one in Paris, France.

4. Due to European Union sanctions, the operations of Bank Melli's Paris branch have been suspended since June 2008. At that time, all Iranian staff at the Paris branch were stripped of their capacities by the French Banking Commission. The branch's general manager, Mr. Mohammad Shadkami, was removed from office and replaced by Mr. Jean-Pierre Hal, who was appointed by the French banking authorities and appears to function as a government-appointed receiver. The Paris branch currently carries on only very limited administrative affairs, all conducted by persons appointed by the French government.

5. A copy of the Council of Europe's Regulation No. 423/2007, dated April 19, 2007, imposing restrictive measures against Iran, is attached as Exhibit A. A copy of the Council of Europe's Decision of June 23, 2008, adding Bank Melli and all its branches and affiliates to the list of restricted entities pursuant to that regulation, is attached as Exhibit B. A copy of the French Banking Commission's June 24, 2008, order removing Mr. Shadkami from office is attached as Exhibit C.

6. The assets at issue in this case held by Visa Inc. ("Visa") and/or Franklin Resources Inc. ("Franklin") derive from a 1991 agreement between Visa and Bank Melli under which Bank Melli agreed to accept Visa cards in Iran through its branches in that country. The assets are not related to any operations of Bank Melli's Paris branch.

7. Bank Melli's head office in Tehran did not receive notice from Bennett or from the other plaintiffs in this matter, or from Visa or Franklin, about the attempts to execute against the assets held by Visa/Franklin.

8. Bank Melli was only recently alerted to these proceedings in May or June 2012 by the Center for International Legal Affairs ("CILA"), which happened

to learn of the case from public docket information.

9. According to the summons on the third-party complaint filed in the docket, it appears that Visa and Franklin attempted to serve Bank Melli by mailing the third-party complaint to Bank Melli's inactive Paris branch, rather than Bank Melli's head office in Tehran. The summons was addressed to Mr. Mohammad Shadkami, who, as explained above, was removed from his office by the French banking authorities several years ago, along with the rest of the Paris branch's staff.

10. To the best of my knowledge, the materials mailed to Bank Melli's inactive Paris branch were never relayed to Bank Melli's head office in Tehran.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: Tehran, Iran        Hossein Ahangari
6/16/2012