MOLO LAMKEN LLP
JEFFREY A. LAMKEN (CA Bar # 154217)
The Watergate, Suite 660
600 New Hampshire Ave.
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001

*Counsel for Third-Party Defendant*
BANK MELLI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BENNETT, *et al.*, | Case No. CV 11-5807 (CRB) (NJV) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER VACATING DEFAULT** |
| v. | **Before the Honorable Charles R. Breyer and Nandor J. Vadas** |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | |
| Defendants. | |
| VISA INC. and FRANKLIN RESOURCES, INC., | |
| Third-Party Plaintiffs, | |
| v. | |
| BANK MELLI, *et al.*, | |
| Third-Party Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

Third-Party Defendant Bank Melli, Defendants and Third-Party Plaintiffs Visa Inc. and Franklin Resources, Inc. ("Visa" and "Franklin"), Plaintiffs Michael Bennett *et al.* (the "Bennett Plaintiffs"), Third-Party Defendants Steven Greenbaum and Carlos Acosta *et al.* (the "Greenbaum/Acosta Judgment Creditors"), and Third-Party Defendants Estate of Michael Heiser *et al.* (the "Heiser Judgment Creditors"), by and through their undersigned counsel, hereby consent and stipulate to the entry of this Order, and the Court concludes that good cause has been shown for the entry thereof:

1. Bank Melli's motion to set aside the default (Doc. No. 104) is hereby **GRANTED**. The Clerk's entry of default (Doc. No. 79) is hereby **VACATED**.

2. The vacating of the Clerk's entry of default does not constitute a consent or agreement to any of the arguments or defenses raised by Bank Melli opposing the right of the Bennett Plaintiffs, the Greenbaum/Acosta Judgment Creditors, and the Heiser Judgment Creditors to a turnover of the assets deposited into the Court's registry by Visa and Franklin.

3. Bank Melli hereby waives its objections to service of the summons and third-party complaint (Doc. Nos. 16, 45), reserving all other jurisdictional, immunity, and other defenses and objections.

4. The Stipulation with Proposed Order Awarding Turnover of Blocked Assets, Discharge of Stakeholders and Entry of Final Judgment (Doc. No. 95) and Bank Melli's Motion to Stay Distribution (Doc. No. 98) are hereby **WITHDRAWN** without prejudice.

1  5. Bank Melli shall move against or answer the Third-Party Complaint
2  within 30 days of the entry of this Order.

3

4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6  Dated: _____July 5, 2012_____
7  San Francisco, California       The Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**STIPULATION AND [PROPOSED] ORDER**