IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BENNETT, ET AL., | No. C 11-05807 CRB |
| Plaintiffs, | **ERRATA** |
| v. | |
| THE ISLAMIC REPUBLIC OF IRAN, ET AL., | |
| Defendants. / | |

The Order of this Court issued on February 28, 2013 (dkt. 128), is amended as follows:

On page 2, line 9, "1797" is amended to read "1979."

**IT IS SO ORDERED.**

Dated: March 1, 2013                              _____
                                                  CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5807\errata.wpd