FILED

MAY 30 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MICHAEL BENNETT, Co-Administrators of the Estate of Marla Ann Bennett and LINDA BENNETT, as Co-Administrators of the Estate of Maria Ann Bennett,

Plaintiffs - Respondents,

v.

THE ISLAMIC REPUBLIC OF IRAN and THE IRANIAN MINISTRY OF INFORMATION AND SECURITY,

Defendants,

v.

FRANKLIN RESOURCES, INC. and VISA INC.,

Third-party-plaintiffs - Respondents,

v.

BANK MELLI,

Third-party-defendant - Petitioner,

ESTATE OF MEIR KAHANE; et al.,

No. 13-80057

D.C. No. 3:11-cv-05807-CRB
Northern District of California, San Francisco

ORDER

KE/MOATT

Third-party-defendant -
Respondents.

Before: W. FLETCHER and CALLAHAN, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).