FILED

AUG 02 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL BENNETT; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant,<br><br>v.<br><br>VISA INC.; et al.,<br><br>Defendants-third-party-plaintiffs - Appellees,<br><br>v.<br><br>GREENBERG AND ACOSTA JUDGEMENT CREDITORS,<br><br>Plaintiff-third-party-defendant - Appellee,<br><br>HEISER JUDGMENT CREDITORS,<br><br>Plaintiff-fourth-party-defendant - Appellee,<br><br>v. | No. 13-15442<br><br>D.C. No. 3:11-cv-05807-CRB<br>Northern District of California,<br>San Francisco |

SLJ/MOATT

| |
|---|
| BANK MELLI,<br><br>Plaintiff-third-party-<br>defendant - Appellant. |

| | |
|---|---|
| MICHAEL BENNETT and LINDA BENNETT, as Co-Administrators of the Estate of Maria Ann Bennett,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant,<br><br>v.<br><br>VISA INC. and FRANKLIN RESOURCES, INC.,<br><br>Defendants-third-party-<br>plaintiffs - Appellees,<br><br>v.<br><br>GREENBERG AND ACOSTA JUDGEMENT CREDITORS,<br><br>Plaintiff-third-party-<br>defendant - Appellee, | No. 13-16100<br><br>D.C. No. 3:11-cv-05807-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

SLJ/MOATT

| |
|---|
| HEISER JUDGMENT CREDITORS,<br><br>Plaintiff-fourth-party-<br>defendant - Appellee,<br><br>BANK MELLI,<br><br>Plaintiff-third-party-<br>defendant - Appellant. |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant Bank Melli's unopposed motion to consolidate appeal Nos. 13-15442 and 13-16100 is granted.

Appellees' opposed motion to dismiss appeal No. 13-15442 is denied without prejudice to renewing the argument in the answering brief.

The order to show cause, issued on June 18, 2013, in appeal No. 13-15442 is discharged.

The briefing schedule previously established in appeal No. 13-16100 shall govern these consolidated appeals.

SLJ/MOATT