FILED

JUL 05 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MICHAEL BENNETT; LINDA BENNETT, as Co-Administrators of the Estate of Maria Ann Bennett,

Plaintiffs - Appellees,

v.

THE ISLAMIC REPUBLIC OF IRAN,

Defendant,

v.

VISA INC.; FRANKLIN RESOURCES INC.,

Defendants-third-party-plaintiffs - Appellees,

v.

GREENBERG AND ACOSTA JUDGMENT CREDITORS,

Plaintiff-third-party-defendant - Appellee,

and

HEISER JUDGMENT CREDITORS,

Nos. 13-15442
13-16100

D.C. No. 3:11-cv-05807-CRB
Northern District of California, San Francisco

ORDER

Plaintiff-fourth-party-
defendant - Appellee,

v.

BANK MELLI,

Plaintiff-third-party-
defendant - Appellant.

Before: THOMAS, Chief Judge, GRABER, Circuit Judge, and BENSON,*
Senior District Judge.

Bank Melli's motion to stay the mandate pending the filing of a petition for a writ of certiorari is GRANTED. Fed. R. App. P. 41(d)(2). The mandate is ordered stayed for ninety days from the filing date of this order pending the filing of a petition for writ of certiorari in the United States Supreme Court. In the event that the petition for writ of certiorari is timely filed, the stay shall continue until final disposition by the Supreme Court.

* The Honorable Dee V. Benson, Senior United States District Judge for the District of Utah, sitting by designation.